UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WENDY JOHNSON,<br><br>        Plaintiff,<br><br>    v.<br><br>MICHAEL ASTRUE, Commissioner of Social Security,<br><br>        Defendant. | CASE NO. C09-5125FDB<br><br>ORDER |

The matter is before the court to consider plaintiff's request for an extension of time, to allow plaintiff until February 12, 2009, to file her response to defendant's motion to dismiss. After reviewing the agreed motion for an extension of time (Doc. 12), the court finds and orders as follows:

The motion is DENIED. The underlying motion to dismiss is noted for consideration on February 19, 2009. Accordingly, opposition to the motion must be filed on or before Tuesday, February 16, 2009. There is no apparent need to grant an extension as requested.

DATED this 9th day of February, 2009.

                                                J. Richard Creatura
                                                United States Magistrate Judge

ORDER - 1