# United States District Court

WESTERN DISTRICT OF WASHINGTON

WENDY JOHNSON,

      v.

MICHAEL J. ASTRUE

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C09-5125 RJB

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1) The Court adopts the Report and Recommendation; and

(2) Defendant's motion to dismiss is GRANTED, Plaintiff's claims and causes of action are DISMISSED.

| March 30, 2010 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

                                                    *s/ Mary Trent*
                                                   Deputy Clerk